1194

No. 12–756. HAYS v. TOWN OF GAULEY BRIDGE, WEST VIRGINIA, ET AL. C. A. 4th Cir. Certiorari denied.

No. 12–757. ELLIOTT ET AL. v. CITY OF NEW YORK, NEW YORK, ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–762. MARSH v. AKERS ET AL. Sup. Ct. Tenn. Certiorari denied.

No. 12–766. PUBLIC LANDS FOR THE PEOPLE, INC., ET AL. v. DEPARTMENT OF AGRICULTURE ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–806. UNITEDHEALTHCARE INSURANCE CO. v. ACCESS MEDIQUIP L. L. C. C. A. 5th Cir. Certiorari denied.

No. 12–814. BALL v. NEW HAMPSHIRE. Sup. Ct. N. H. Certiorari denied.

No. 12–816. STONER v. YOUNG CONCERT ARTISTS, INC. C. A. 2d Cir. Certiorari denied.

No. 12–821. MARQUEZ ET AL. v. CITY OF PHOENIX, ARIZONA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–823. BLACK v. COLUMBUS PUBLIC SCHOOLS. C. A. 6th Cir. Certiorari denied.

No. 12–826. BUTLER v. BOARD OF APPEAL ON MOTOR VEHICLE LIABILITY POLICIES AND BONDS. App. Ct. Mass. Certiorari denied.

No. 12–830. FORD v. DONLEY, SECRETARY OF THE AIR FORCE. C. A. 10th Cir. Certiorari denied.

No. 12–832. CATSIFF v. MCCARTY ET AL. Ct. App. Wash. Certiorari denied.

No. 12–841. CAMPBELL v. CADMAN, SUCCESSOR TRUSTEE, ET AL. Ct. App. Cal., 4th App. Dist., Div. 1. Certiorari denied.